UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 15-2391 as

☑ Retained  ☐ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☐ Government

COUNSEL FOR: First Professionals Insurance Company

_____ as the
(party name)

☐ appellant(s)  ☑ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

s/R. Hawthorne Barrett
(signature)

R. Hawthorne Barrett                    803-227-4219
Name (printed or typed)                 Voice Phone

Turner Padget Graham & Laney            803-400-1454
Firm Name (if applicable)               Fax Number

1901 Main St., 17th Floor/PO Box 1473

Columbia, SC 29202                      TBarrett@TurnerPadget.com
Address                                 E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on 11/23/15 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

s/R.Hawthorne Barrett                              11/23/15
Signature                                          Date

05/07/2014
SCC